⁕⸺AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

SAMUEL I. HYLAND, individually and on
behalf of all others similarly situated

V.

J.P. MORGAN SECURITIES, INC.,
a Delaware corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   0 6 - 2 2 4

TO: (Name and address of Defendant)

J.P. MORGAN SECURITIES, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph N. Gielata
Attorney at Law
501 Silverside Road, No. 90
Wilmington, Delaware 19809

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK _(signature)_

(By) DEPUTY CLERK

DATE   APR 0 7 2006

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 4-6-06 |
| NAME OF SERVER (PRINT) Joseph Gielata | TITLE | Attorney for Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served registered agent c/o Scott LaScala of CT @ 1209 Orange St Wilmington DE 19801

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-6-06
            Date

Signature of Server

501 Silverside Rd. #70
Address of Server

Wilmington DE 19809

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.