IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND,<br>   individually and on behalf of all others<br>   similarly situated,<br>      *Plaintiff*,<br><br>v.<br><br>J.P. MORGAN SECURITIES INC.,<br>      *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-224-JJF<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that:

1.  Defendant's time to answer, move or otherwise respond to the complaint filed in this action shall be extended until 30 days after the Judicial Panel on Multidistrict Litigation rules on plaintiff's Motion for Coordinated Pre-Trial Proceedings Pursuant to 28 U.S.C. 1407.

/s/ Joseph N. Gielata
Joseph N. Gielata (#4338)
501 Silverside Road, Suite 90
Wilmington, DE 19809
joe@gielatalaw.com
(302) 798-1096

Dated: April 18, 2006

/s/ Michael R. Robinson
Jesse A. Finkelstein (#1090)
Michael R. Robinson (#4452)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
finkelstein@rlf.com
robinson@rlf.com
(302) 651-7700

Dated: April 18, 2006

RLF1-3003681-1

IT IS SO ORDERED this __ day of _____, 2006.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

RLF1-3003681-1