## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated, | Case No. 1:05-cv-162 (JJF) |
| Plaintiffs, | |
| v. | |
| WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON, | |
| Defendants. | |
| Dr. Stephen Blau, Individually and On Behalf of All Others Similarly Situated, | |
| Intervenor. | |

[Additional Caption on the Following Page]

**MOTION OF DR. STEPHEN BLAU TO ENFORCE THIS COURT'S STAY ORDER AND TO CONSOLIDATE AND STAY CO-LEAD PLAITIFF SAMUEL I. HYLAND'S RELATED CIVIL ACTION FILED ON APRIL 6, 2006**

SAMUEL I. HYLAND,
     Individually and On Behalf of All Others
Similarly Situated,

         Plaintiff,

J.P. MORGAN SECURITIES, INC.,
     A Delaware Corporation,

         Defendant.

Case No. 06-224 (JJF)

Dr. Blau, by his counsel, hereby moves to enforce this Court's Stay Order in *Hyland, et al. v. Harrison, et al.*, C.A. No. 05-162 JJF, and to consolidate the action styled *Hyland v. J.P. Morgan Securities Inc.*, Civil Action No. 1:06-cv-224 with C.A. No. 05-162 JJF, pursuant to Federal Rule of Civil Procedure 42(a), and stay both actions pending the resolution of the action styled *Blau v. Harrison*, et al., Case No. 04 C 6592 (N.D. Illinois). The grounds for this motion are more fully set forth in Dr. Blau's Brief In Support of his Motion To Enforce This Court's Stay Order And To Consolidate And Stay Co- Lead Plaintiff Samuel I. Hyland's Related Civil Action Filed On April 6, 2006 and in the accompanying Affidavit of Aya Bouchedid in support of this Motion.

Dated: April 18, 2006

                        **CHIMICLES & TIKELLIS LLP**

                        Pamela S. Tikellis (#2172)
                        Robert Davis (#4536)
                        Daniel J. Brown (#4688)
                        One Rodney Square
                        P.O. Box 1035
                        Wilmington, Delaware  19899
                        (302) 656-2500

OF COUNSEL:

Demet Basar
Aya Bouchedid
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600

Adam J. Levitt
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
(312) 984-0000

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated, | Case No. 1:05-cv-162 (JJF) |
| Plaintiffs, | |
| v. | |
| WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON, | |
| Defendants. | |
| Dr. Stephen Blau, Individually and On Behalf of All Others Similarly Situated, | |
| Intervenor. | |

[Additional Caption on the Following Page]

### [PROPOSED] ORDER GRANTING THE MOTION OF DR. STEPHEN BLAU TO ENFORCE THIS COURT'S STAY ORDER AND TO CONSOLIDATE AND STAY CO-LEAD PLAINTIFF SAMUEL I. HYLAND'S RELATED CIVIL ACTION FILED ON APRIL 6, 2006

SAMUEL I. HYLAND,
    Individually and On Behalf of All Others
Similarly Situated,

        Plaintiff,

J.P. MORGAN SECURITIES, INC.,
    A Delaware Corporation,

        Defendant.

Case No. 06-224 (JJF)

Upon consideration of the Motion of Dr. Stephen Blau to Enforce this Court's Stay Order and to Consolidate and Stay Co-Lead Plaintiff Samuel I. Hyland's Related Civil Action Filed on April 6, 2006, it is hereby decreed and ordered that:

1. The action styled *Hyland v. J.P. Morgan Securities Inc.*, Civil Action No. 1:06-cv-224 shall be consolidated with this action, pursuant to Federal Rule of Civil Procedure 42(a).

2. Both actions shall be stayed pending the resolution of the action styled *Blau v. Harrison*, et al., Case No. 04 C 6592 (N.D. Illinois) in accordance with this Court's Stay Order, issued on February 7, 2006 (D.I. 93).

Dated: _____, 2006

BY THE COURT:

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Daniel J. Brown, do hereby certify that on this 18th day of April, 2006, I caused

copies of the foregoing Motion, Brief, and Affidavit to be served in the manner indicated

below.

### BY E-FILING:

Joseph N. Gielata, Esq.
501 Silverside Road
Suite 90
Wilmington, DE 19809

Michael Ray Robinson
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

### BY U.S. MAIL:

J.P. Morgan Securities Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Daniel J. Brown (#4688)