# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Robert A. Cahn
Executive Attorney

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

RECEIVED
APR 1 7 2006

April 14, 2006

TO INVOLVED JUDGES

Re:  MDL-1783 -- In re JPMorgan Chase & Co. Securities Litigation

  *Samuel I. Hyland, et al. v. William B. Harrison, Jr., et al.,* D. Delaware, C.A. No. 1:05-162
    (Judge Joseph J. Farnan, Jr.)
  *Samuel I. Hyland v. JPMorgan Securities, Inc.,* D. Delaware, C.A. No. 1:06-244
    (Judge UNASSIGNED)
  *Stephen Blau v. William B. Harrison, Jr., et al.,* N.D. Illinois, C.A. No. 1:04-6592
    (Judge William J. Hibbler)

Dear Judges:

    Presently before the Panel pursuant to 28 U.S.C. § 1407 is a motion to transfer which includes at least one action before you in the above-described docket. The parties will have an opportunity to fully brief the question of transfer and the matter will be considered at a bimonthly Panel hearing session. In the meantime, your jurisdiction continues until any transfer ruling by the Panel becomes effective.

    If you have a motion pending – such as a motion to remand to state court (if the action was removed to your court) – you are free to rule on the motion, of course, or wait until the Panel has decided the transfer issue. The latter course may be especially appropriate if the motion raises questions likely to arise in other actions in the transferee court and, in the interest of uniformity, might best be decided there if the Panel orders centralization.

    Please feel free to contact our staff in Washington with any questions.

                                        Kindest regards,

                                        Wm. Terrell Hodges
                                        Chairman



016-H6502830
$00.390
04/14/2006
Mailed From 20002
US POSTAGE

Hasler

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

OFFICIAL BUSINESS

Hon. Joseph J. Farnan, Jr.
U.S. District Judge
4124 J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3519