IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND,<br>    individually and on behalf of all<br>      others similarly situated,<br><br>    *Plaintiff*,<br>                v.<br><br>J.P. MORGAN SECURITIES, INC.,<br>    a Delaware corporation,<br><br>    *Defendant*. | Civil Action No. 06-224 JJF<br><br><br><br><br>**CLASS ACTION** |

**PLAINTIFF SAMUEL I. HYLAND'S MOTION TO
MODIFY THE PSLRA'S STAY OF DISCOVERY**

Plaintiff Samuel I. Hyland ("Plaintiff") respectfully requests that this Court issue an Order directing defendant J.P. Morgan Securities, Inc. to produce to Plaintiff all documents that have been and will be produced to plaintiff in *Blau v. Harrison*, No. 04-6592 (N.D. Ill.). In accordance with Local Rule 7.1.1, Plaintiff sought the concurrence of counsel to defendant in the relief requested by this motion, but defendant's counsel refused to make available the subject document production. In support of this motion, Plaintiff incorporates herein by reference the opening brief filed herewith.

DATED:    June 22, 2006              Respectfully submitted,

                                                  /s/ *Joseph N. Gielata*
                                                  JOSEPH N. GIELATA (# 4338)
                                                  Attorney at Law
                                                  501 Silverside Road, No. 90
                                                  Wilmington, Delaware 19809
                                                  (302) 798-1096

                                                  *Attorney for Plaintiff Samuel Hyland*

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 22, 2006, I electronically filed *PLAINTIFF SAMUEL I. HYLAND'S MOTION TO MODIFY THE PSLRA'S STAY OF DISCOVERY* with the Clerk of Court using CM/ECF which will send notification of such filing to:

> Michael R. Robinson, Esq.
> **RICHARDS LAYTON & FINGER, P.A.**
> One Rodney Square
> Wilmington, DE 19801
>
> *Counsel for Defendant*

  /s/ *Joseph N. Gielata*
 Joseph N. Gielata (# 4338)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND,<br>    individually and on behalf of all<br>    others similarly situated,<br><br>    *Plaintiff*,<br>                v.<br><br>J.P. MORGAN SECURITIES, INC.,<br>    a Delaware corporation,<br><br>    *Defendant*. | Civil Action No. 06-224 JJF<br><br><br><br><br><br>**CLASS ACTION** |

## [PROPOSED] ORDER

Having considered Plaintiff Samuel I. Hyland's Motion To Modify The PSLRA's Stay Of Discovery, and for good cause shown, defendant J.P. Morgan Securities, Inc. and its parent company JPMorgan Chase & Co. are hereby directed to produce to Plaintiff copies of all documents and any other discovery produced to the plaintiff in *Blau v. Harrison*, 04-6592, presently pending in the Northern District of Illinois.  IT IS SO ORDERED.

DATED: _____, 2006

_____
UNITED STATES DISTRICT JUDGE
HONORABLE JOSEPH J. FARNAN, JR.