OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 7, 2006

United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

RE:   06cv224 JJF Samuel I. Hyland vs. J P Morgan Securities, Inc.
       MDL 1783
       06C4676 USDC/ND/Illinois

Dear Clerk:

Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

(X)   Certified copy of the docket sheet;
(X)   Certified copy of the Order of Transfer;
( )   Original case file documents (if applicable);

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: *[signature]*
Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on** _____

**Signature** _____