OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 7, 2006

RECEIVED
SEP 13 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

RE:  06cv224 JJF Samuel I. Hyland vs. J P Morgan Securities, Inc.
     MDL 1783
     06C4676 USDC/ND/Illinois

FILED
SEP 25 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk:

Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

(X)  Certified copy of the docket sheet;
(X)  Certified copy of the Order of Transfer;
( )  Original case file documents (if applicable);

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: _____
      Deputy Clerk

Enc.

I hereby acknowledge receipt of the above listed items on _____9-13-06_____

Signature _____